*Crane* vs. *Daggett, et al.*

---

## CRANE vs. DAGGETT, ET. AL.

Where a party submits to a non-suit, and makes no motion to set it aside, the Supreme Court will not look into the case.

APPEAL from St. Louis Court of Common Pleas.

Scott, J., *delivered the opinion of the Court.*

In this case the plaintiff having submitted to a non-suit, and not having

moved to set it aside, the merits of the controversy cannot be enquired into in this Court. Robbins vs. Stephenson & Hord, 5 Mo. Rep., 105.

Judge Napton concurring, the judgment will be affirmed.